UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BRAD ALLEN MAY, MELVIA LOUISE MAY, SAMANTHA HORVATICH AND KODY WAYNE EATMON<br>*Plaintiff*<br><br>V.<br><br>BULBULPREET KAUR HUNDAL AND HUNTER EXPRESS, LTD<br>*Defendant* | § § § § § § § § § § § | Civil Action No. 6:21-cv-00272 |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES all Plaintiffs, BRAD ALLEN MAY, MELVIA LOUISE MAY, SAMANTHA HORVATICH and KODY WAYNE EATMON and hereby move this Court for an Order Granting Dismissal with prejudice of their claims against Defendants BULBULPREET KAUR HUNDAL and HUNTER EXPRESS, LTD. In support of the Agreed Motion, the parties would respectfully show the Court as follows:

I.

Plaintiffs BRAD ALLEN MAY, MELVIA LOUISE MAY, SAMANTHA HORVATICH and KODY WAYNE EATMON, no longer desire to prosecute their causes of action against Defendants BULBULPREET KAUR HUNDAL and HUNTER EXPRESS, LTD, and seek to have their claims dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs BRAD ALLEN MAY, MELVIA LOUISE MAY, SAMANTHA HORVATICH and KODY WAYNE EATMON, request that this

Court enter an Order Granting Dismissal with prejudice as to Defendants BULBULPREET KAUR HUNDAL and HUNTER EXPRESS, LTD.

Court costs shall be assessed against the party incurring the same.

                                      Respectfully submitted,

LORENZ AND LORENZ
1515 South Capital of Texas Hwy
Suite 500
Austin, Texas 78746
512/477-7333
512/477-1855 Fax

By: _____
Price Ainsworth
SBN: 00950300
Priceainsworth@lorenzandlorenz.com

**ATTORNEY FOR PLAINTIFFS,
BRAD ALLEN MAY, MELVIA LOUISE MAY, SAMANTHA HORVATICH and KODY WAYNE EATMON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following person(s), in the manner(s) indicated below:

***VIA E-SERVICE***
Lynn S. Castagna
John M. "Jack" Sigman
**CASTAGNA SCOTT LLP**
1120 S. Capital of Texas Hwy
Building 2, Suite 270
Austin, Texas 78746

and in accordance with the Federal Rules of Civil Procedure, on the 23rd day of June 2023.

_____
Price Ainsworth